UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                 BKY No. 09-40058

Imagetech Services Corporation,                              Chapter 7 Bankruptcy

                    Debtor.

_____

**NOTICE OF HEARING AND EXPEDITED MOTION FOR AN ORDER
AUTHORIZING SALE OF ASSETS FREE AND CLEAR OF LIENS**

To:      Parties specified in Local Rule 9013-3.

        1.      Dwight R.J. Lindquist, the duly-appointed Chapter 7 Trustee in the above-referenced

bankruptcy case ("**Trustee**"), moves the Court for the relief requested below and gives notice of

hearing.

        2.      The Court will hold a hearing on this motion at 11:00 a.m. on February 6, 2009,

before the Honorable Nancy C. Dreher, United States Bankruptcy Court, Courtroom 7 West, 300

South Fourth Street, Minneapolis, Minnesota 55415.

        3.      As this Motion is brought on an <u>expedited basis</u>, any response to this motion must be

filed and served by delivery as soon as possible and suggestion is made that a response should be

filed at least twenty-four (24) hours prior to hearing.  **UNLESS A RESPONSE OPPOSING THE

MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A

HEARING.**

        4.      This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§157 and 1334,

Rule 5005 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**"), and Local Rules

1070-1 and 1073-1.  This is a core proceeding.  This case was commenced as a voluntary Chapter 7

proceeding on January 6, 2009.  The case is now pending before this Court.

5.      This Motion arises under 11 U.S.C. §363(b)(f) and (m) and Bankruptcy Rule 6004. The Trustee seeks to sell all of the Debtor's assets ("**Property**") by way of auction.

6.      The sale will be free and clear of the interests of any parties.  The net proceeds of the sale would be subject to any secured party's interests and would be held in the Trustee's trust account subject to further order of the Court.  However, it is not believed that the Property is subject to a perfected lien.[1]

7.      The Trustee has retained the auctioneering firm of Fred W. Radde & Sons, Inc. to conduct the auction of the Property.  Pursuant to the terms of such retention, the auctioneer is entitled to payment of his commission, debris removal cost and reimbursement of his bond expense, as more fully set forth in the application to employ, from the sale proceeds.  Copies of the applications and orders approving the retention of Fred W. Radde & Sons, Inc. are on file with the Court.

8.      Expedited relief is required as the estate is incurring costs storing and insuring the Property.  The passage of time will result in the Debtor's assets losing value and will increase the administrative claims.

9.      Pursuant to Local Rule 9013-2(c), the Debtor gives notice that he may, if necessary, testify at the hearing regarding the proposed sale.

---

1 The Trustee has commenced an action to avoid the purported lien claim by CEI, Inc.

**WHEREFORE**, the Debtor moves the Court for an order authorizing an expedited sale of assets of the Debtor free and clear of interests and granting such other relief as the Court may deem just and equitable.

**LEONARD, O'BRIEN
SPENCER, GALE & SAYRE, LTD.**

/e/  Matthew R. Burton

Dated: January 29, 2009                By_____

Matthew R. Burton, #210018
Attorneys for Dwight R.J. Lindquist, Trustee
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota  55402
(612) 332-1030

## VERIFICATION

I, Dwight R. J. Lindquist, Trustee of the Bankruptcy Estate of Imagetech Services Corporation, the moving party named in the foregoing Notice of Hearing and Expedited Motion for an Order Authorizing Sale of Assets Free and Clear of Liens, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

/e/  Dwight R. J. Lindquist

Dated:  January 29, 2009                _____

Dwight R. J. Lindquist, Trustee

394822

3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                    BKY No. 09-40058

Imagetech Services Corporation,                          Chapter 7 Bankruptcy

            Debtor.

_____

**MEMORANDUM IN SUPPORT OF MOTION FOR AN ORDER AUTHORIZING SALE
OF ASSETS OF DEBTOR FREE AND CLEAR OF INTERESTS**

Dwight R.J. Lindquist, Trustee ("**Trustee**") requests that the Court enter an order
Authorizing Sale of Assets Free and Clear of Interests.  This request is made on an expedited basis.

**FACTS**

The Trustee seeks to sell all of its assets by way of auction.  The Trustee will not be selling
the estate's liquid assets. It is not believed that there are valid liens on the personal property.

The Trustee believes that the best way to realize value from the assets of the estate is to sell
the same by way of auction.

The asset sale will be free and clear of all liens and other interests.  The net sale proceeds
will remain subject to any valid liens and will be placed in the Trustee's bank deposit account subject
to further order of this Court, which the Trustee expects to be an order approving disbursement to
creditors.

**ARGUMENT**

**A.      The Proposed Sale Satisfies the Business Judgment Test and is in the Best
            Interest of the Estate.**

The Trustee's application of his sound business judgment in the use, sale or lease of property
is subject to judicial deference.  *In re Curlew Valley Assocs.*, 14 B.R. 506, 513-14 (Bankr. D. Utah
1981). *See also, In re Moore*, 110 B.R. 924, 928 (Bankr. C.D. Cal. 1990); *In re Canyon Partnership*,
55 B.R. 520, 524 (Bankr. S.D. Cal. 1985).  However, section 363(b)(1) of the Bankruptcy Code

requires court approval, after notice and hearing, for sales outside of the ordinary course of business.

11 U.S.C. § 363(b)(1).  In interpreting sections 363(b)(1), courts have held that a transaction

involving property of the estate generally should be approved so long as the Trustee can demonstrate

"some articulated business justification for using, selling, or leasing property outside of the ordinary

course of business."  *In re Continental Airlines, Inc.*, 780 F.2d 1223, 1226 (5th Cir. 1986); *accord In*

*re Lionel Corp.*, 722 F.2d 1063, 1071 (2nd Cir. 1983).

Many courts have set forth factors to consider when approving a sale outside the ordinary

course, and most courts start with the factors set forth by the Second Circuit in *In re Lionel*.  Those

factors are:

> the proportionate value of the asset to the estate as a whole, the amount of elapsed
> time since the filing, the likelihood that a plan of reorganization will be proposed and
> confirmed in the near future, the effect of the proposed disposition on future plans of
> reorganization, the proceeds to be obtained from the disposition vis-a-vis any
> appraisals of the property, which of the alternatives of use, sale or lease the proposal
> envisions and, most importantly perhaps, whether the asset is increasing or
> decreasing in value.

*In re Lionel*, 722 F.2d at 1071.  Other courts have simplified the factors to include, *inter alia*, the

consideration to be paid, the financial condition and needs of the debtor, the qualifications of the

buyer, and whether a risk exists that the assets proposed to be sold would decline in value if left in

the debtor's possession.  *See Equity Funding Corp. of America v. Financial Associates (In re Equity*

*Funding Corp.)*, 492 F.2d 793, 794 (9th Cir. 1974).  *See also In re Titusville Country Club*, 128 B.R.

396, 399 (Bankr. W.D. Pa. 1991) (setting forth four elements of a "sound business purpose" test:  (1)

a sound business reason, (2) accurate and reasonable notice, (3) adequate price, and (4) good faith).

In light of the plain language of 11 U.S.C. §363(b)(1), which only requires "notice and

hearing" before a sale and does not set out factors to consider, the Second Circuit in *Lionel* observed

that:

> A bankruptcy judge must not be shackled with unnecessarily rigid rules when

exercising the undoubtedly broad administrative power granted him (sic) under the code.   As Justice Holmes once said in a different context, 'Some play must be allowed for the joints of the machine . . .'

The price to be received for the assets is believed to be fair.  Generally, "the best way to determine the market value of the property is to expose the property to the marketplace.  *In re Mama's Original Foods, Inc.*, 234 B.R. 500, 504 (Bankr. C.D. Cal. 1999) (citing *Bank of America NT & SA v. 203 North LaSalle Street Partnership*, 526 U.S. 434 (1999)).  An auction will deliver a marketplace price for the estate.

The proposed sale is supported by business justifications.  The price to be paid will be fair and reasonable.  The sale is consistent with progress towards liquidating this estate.  All aspects of this transaction have been undertaken in good faith with adequate disclosure to interested parties.  Accordingly, the sale should be allowed to proceed on the terms outlined above.

**B.**      **The Trustee May Sell the Assets Free and Clear of Liens.**

The Trustee seeks to sell virtually all of the estate's assets free and clear of all liens, claims and interests of all claimants and lien holders.  Section 363(f) of the Bankruptcy Code provides:

> The trustee may sell property under subsection (b) or (c) of this section free and clear of any interest in such property of an entity other than the estate, only if –

> (i)      applicable non-bankruptcy law permits sale of such property free and clear of such interest;

> (ii)     such entity consents;

> (iii)    such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of such interest;

> (iv)    such interest is in bona fide dispute; or

> (v)     such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

11 U.S.C. §363(f).  Any one of the five conditions, including the "consent" of the lienholders, provides authority to sell free and clear of liens.  *See Citicorp Homeowners Services, Inc. v. Elliot*

3

*(In re Elliot)*, 94 B.R. 343, 345 (E.D. Pa. 1988).  To the extent a secured creditor or lienholder that receives notice does not file a written objection to the Motion, such party should be deemed to have consented to the sale.  *In re Shary*, 152 B.R. 724, 725-26 (Bankr. N.D. Ohio 1993).

The Trustee believes that there are no valid liens on the assets of the estate.

### C.    The Transaction Described in the Purchase Agreement is in Good Faith

"[W]hen a bankruptcy court authorizes a sale of assets pursuant to section 363(b)(1), it is required to make a finding with respect to the 'good faith' of the purchaser."  *In re Abbotts Dairies, Inc.*, 788 F.2d 143, 149-50 (3rd Cir. 1986).  The purpose of such a finding is to facilitate a safe-harbor determination under section 363(m), which protects purchasers of a debtor's property when the purchase is made in "good faith."  11 U.S.C. §363(m).  Section 363(m) provides:

> The reversal or modification on appeal of an authorization under subsection (b) or (c) of this section of a sale or lease of property does not affect the validity of a sale of lease under such authorization to an entity that purchased or leased such property in good faith, whether or not such entity knew of the pendency of the appeal, unless such authorization and such sale or lease were stayed in pending appeal.

11 U.S.C. §363(m).  This provision serves the important purposes of encouraging good faith transactions and of preserving the finality of the bankruptcy court's order unless stayed pending appeal.  *In re Abbotts Dairies*, 788 F.2d at 147.  In this case, the Purchaser will be clearly entitled to the safe harbor provided by section 363(m).  If the Court approves the sale as requested in the Motion, it should also invoke section 363(m) to protect the Purchaser's acquisition of the assets by explicitly finding that the Purchaser acted in good faith.

### D.    Expedited Relief

Expedited relief is required to protect the value of assets of the estate.  The Trustee requests expedited relief so as to maximize the assets of this estate.  See Local Rule 9006-1(d).

## <u>CONCLUSION</u>

For the reasons and based on the arguments and authorities set forth above, the Trustee

respectfully requests that this Court enter an Order granting the relief requested in the Motion.

**LEONARD, O'BRIEN
SPENCER, GALE & SAYRE, LTD.**

/e/  Matthew R. Burton

Dated: January 29, 2009            By_____
Matthew R. Burton, #210018
Attorneys for Dwight R.J. Lindquist, Trustee
100 South Fifth Street
Suite 2500
Minneapolis, Minnesota  55402
(612) 332-1030

394823

5

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                                    BKY No. 09-40058

Imagetech Services Corporation,                                          Chapter 7 Bankruptcy

              Debtor.
_____

## UNSWORN CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2009, I caused the following documents:

**_Notice of Hearing and Expedited Motion for an Order Authorizing Sale of Assets
Free and Clear of Liens, Memorandum of Law and Order (proposed)_**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of
the electronic filing to the following:

- John D. Lamey      bankrupt@lameylaw.com, shari@lameylaw.com,
  blair@lameylaw.com, ewright@lameylaw.com

- US Trustee      ustpregion12.mn.ecf@usdoj.gov

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail,
postage paid, to the following non-ECF participants:

### SEE ATTACHED SERVICE LIST

                                                                    /e/  Stephanie Wood
Dated:  January 29, 2009                    _____
                                                                    Stephanie Wood
                                                                    100 South Fifth Street, Suite 2500
                                                                    Minneapolis, MN  55402
                                                                    (612) 332-1030

394826

## IMAGETECH SERVICES CORPORATION
## BKY CASE NO. 09-40058
## SERVICE LIST

AAA COOPER TRANSPORTATION
PO BOX 6827
DOTHAN AL 36302

AAA MOVERS
8370 89TH AVE N
BROOKLYN PARK MN 55445

ABLE COMPUTER SYSTEMS
6667 W OLD SHAKOPEE RD
SUITE 110
BLOOMINGTON MN 55438

ACCORD ELECTRIC INC
1830 2ND AVE SE
ROCHESTER MN 55904

ADENIUM SYSTEMS
34103 LAKESHARE BLVD
CLEVELAND OH 44095

ADP
ON ADP BLVD
ROSELAND NJ 07068

ADVANCE ACCEPTANCE
ALL LINES LEASING
100 PRAIRIE CENTER DRIVE
EDEN PRAIRIE MN 55344

AEROTEK COMMERCIAL STAFFING
PO BOX 198531
ATLANTA GA 30384-8531

AERVOE PRODUCTS
PO BOX 485
GARDNERVILLE NV 89410

AIA MINNESOTA
ATTN EXHIBIT SALES COORDINATOR
275 MARKET ST STE 54
MINNEAPOLIS MN 55405-1621

AIA SOUTH DAKOTA
PO BOX 1596
SIOUX FALLS SD 57101

ALLIANCE CONTAINER CORP
3800 50TH AVE NORTH
BROOKLYN CENTER MN 55429-3918

ALVIN & COMPANY
PO BOX 847232
BOSTON MA 02284-7232

AMERICAN EXPRESS
PO BOX 0001
LOS ANGELES CA 90096-0001

ANDREW SCHNEIDER
8893 - 73RD ST EAST
INVER GROVE HEIGHTS MN 55076

ANN WEMPNER DESIGN INC
3236 43RD AVE SOUTH
MINNEAPOLIS MN 55406

ARAMARK
6667 W OLD SHAKOPEE RD
SUITE 103
BLOOMINGTON MN 55438-2622

ART MATERIALS
2728 LYNDALE AVE
MINNEAPOLIS MN 55408

ASCENSUS
PO BOX 979
BRAINERD WI 54601

ASCOM HASLER GE CAPITAL
PO BOX 802585
CHICAGO IL 60680-2585

ASCOM HASLER LEASING
PO BOX 3083
CEDAR RAPIDS IA 52406-3083

ASPEN PUBLISHERS
PO BOX 64054
BALTIMORE MD 21264-4054

ASSOCIATED FINANCIAL GROUP
12600 WHITEWATER DR STE 100
MINNETONKA MN 55343

ATLAS VAN LINES INC
PO BOX 952340
SAINT LOUIS MO 63195-2340

AUTODESK
C/O CITIBANK
PO BOX 2188
CAROL STREAM IL 60132-2188

BADGER PLUG COMPANY
N1045 TECHNICAL DRIVE
PO BOX 199
GREENVILLE WI 54942-0199

BERKLEY RISK ADMINISTRATORS
222 SOUTH NINTH ST
SUITE 1300
MINNEAPOLIS MN 55402-3332

BERRY COMPANY
2850 MIDWEST DR
SUITE 100
ONALASKA WI 54650

BIDWELL INDUSTRIAL GROUP INC
BLU-RAY
2055 S MAIN ST
MIDDLETOWN CT 06457-0580

BLOOMINGTON CHAMBER OF
COMMERCE
9633 LYNDALE AVE S
BLOOMINGTON MN 55420

BLUE CROSS & BLUE SHIELD OF MN
PO BOX 64676
SAINT PAUL MN 55164-0676

BOB FAHS
7421 LYNDALE AVE S #51
RICHFIELD MN 55423

BOULAY HEUTMAKER ZIBELL & CO
PLLP
7500 FLYING CLOUD DRIVE
SUITE 800
MINNEAPOLIS MN 55344

BRAD OLSEN
210 7TH ST SE
ORONOCO MN 55960

CALCOMP
26741 PORTOLA PARKWAY
FOOTHILL RANCH CA 92610-1763

CALCULATED INDUSTRIES
4840 HYTECH DRIVE
CARSON CITY NV 89706

CANON BUSINESS SOLUTIONS
15004 COLLECTION CENTER
CHICAGO IL 60693

CDW INC
200 N MILWAUKEE AVE
VERNON HILLS IL 60061

CENTERPOINT ENERGY
PO BOX 4671
HOUSTON TX 77210-4671

CHARTPAK
PO BOX 847049
BOSTON MA 02284-7049

CHORUS BUSINESS SOLUTIONS
9425 TOLEDO AVE S
BLOOMINGTON MN 55437

CINGULAR WIRELESS
PO BOX 8220
AURORA IL 60572-8220

CINTAS
3375 MIKE COLLINS DRIVE
EAGAN MN 55121

CITIBUSINESS CARD
PO BOX 410437
SALT LAKE CITY UT 84141-0437

CITY OF BLOOMINGTON
1800 W OLD SHAKOPEE RD
BLOOMINGTON MN 55431-3080

CLAREYS SAFETY EQUIPMENT INC
3555 NINTH ST NW #200
ROCHESTER MN 55901

COASTAL BUSINESS SUPPLIES
680M CROWN INDUSTRIAL CT
CHESTERFIELD MO 63005

COOPER GROUP
PO BOX 75071
CHARLOTTE NC 26275-5071

COPY EQUIPMENT INC
C/O SAM HANSON
4700 QUEBEC AVE N
NEW HOPE MN 55428

CORTEC
SDS-12-1623
PO BOX 86
MINNEAPOLIS MN 55486-1623

CRAIN COMPANY
PO BOX 80
404 COMMERCIAL AVE
MOUND CITY IL 62963

CST/BERGER
DEPT AT 40001
ATLANTA GA 31192-0001

CURT HAFLUND
2216 PIERCE ST NE
MINNEAPOLIS MN 55418

CUSTOM TUBE COMPANY
6260 CLAUDE WAY E
INVER GROVE HEIGHTS MN 55076

CYLIX INC
3045 REGAL DRIVE
ALCOA TN 37701-3278

DARLENE FISCHER
14050 COUNTRY RD 4 SE
LAKE LILLIAN MN 56253

DAVID A SCHNEIDER
8697 INDIAN BLVD
COTTAGE GROVE MN 55016

DAVID MARTIN
939 W VILLAGE CIRCLE SE
ROCHESTER MN 55904

DELUXE BUSINESS CHECKS
PO BOX 742572
CINCINNATI OH 45274-2572

DEX EAST
PO BOX 78041
PHOENIX AZ 85062-8041

DIAZIT COMPANY
PO BOX 276
YOUNGSVILLE NC 27596

DIETZGEN A DIVISION OF NASHUA
CORP
9212 PAYSPHERE CIRCLE
CHICAGO IL 60674

DMR
1601 S INDIAN HILL DRIVE
SCHAUMBURG IL 60172

DONALD SMITH
1354 KNOLL DRIVE
SAINT PAUL MN 55126

DUN & BRADSTREET
PO BOX 75434
CHICAGO IL 60675-5434

DUNHAM & MORROW INC
22611 MARKEY COURT
SUITE 114
DULLES VA 20166

DVS RENEWAL
PO BOX 64587
SAINT PAUL MN 55164-0587

ELITE PRODUCTS INTERNATIONAL
N 8TH ST HAZLETT AVE
WHEELING WV 26003

EMPLOYEE BENEFITS CORP
PO BOX 44347
MADISON WI 53744-4347

ENOVATION
2420 LONG LAKE RD N
ROSEVILLE MN 55113

EQUUS COMPUTER SYSTEMS
PO BOX 86
MINNEAPOLIS MN 55486-1419

ERIK LEWIS
7527 DARBY LN
SHAKOPEE MN 55379

FREEWAY 66 SERVICE
9209 LYNDALE AVE S
BLOOMINGTON MN 55420

G & K SERVICES
NW 7536
PO BOX 1450
MINNEAPOLIS MN 55485-1450

GARY BORGENDALE
5133 RAINBOW LANE
MOUNDS VIEW MN 55112

GEI CALGRAPH
PO BOX 71-4207
COLUMBUS OH 43271-4207

GEI GRAPHICS ENTERPRISES
DEPT 33141
PO BOX 39000
SAN FRANCISCO CA 94139-3141

GENERAL OFFICE PRODUCTS
COMPANY
4521 HIGHWAY SEVEN
MINNEAPOLIS MN 55416-4098

GRAFIX
19499 MILES ROAD
CLEVELAND OH 44128

GRAINGER
DEPT 814473609
PALATINE IL 60038-0001

GREAT AMERICA LEASING CORP
DEPT 8742
8742 INNOVATION WAY
CHICAGO IL 60682-0087

GREEN LIGHTS RECYCLING INC
10040 DAVENPORT STREET NE
MINNEAPOLIS MN 55449-4423

GTCO CALCOMP
PO BOX 75142
BALTIMORE MD 21275

HAMILTON REAL ESTATE INC
4057 28TH ST NW STE 200
ROCHESTER MN 55901

HAWKINS INC
PO BOX 9171
MINNEAPOLIS MN 55480-9171

HENRY G ZELAZNY
PO BOX 101149
ATLANTA GA 30392-1149

HEWLETT PACKARD
PO BOX 101149
ATLANTA GA 30392-1149

HIGHLAND BANK
5270 WEST 84TH STREET
BLOOMINGTON MN 55437

HUBBELL TYNER
1810 COMO AVENUE
SAINT PAUL MN 55108

INC
PO BOX 10733
DES MOINES IA 50340-0733

INDIANA INSURANCE CO
PO BOX 7906
LOVELAND OH 45140-7906

INGRAM MICRO
PO BOX 90341
CHICAGO IL 60696-0341

INTELICOAT TECHNOLOGIES
PO BOX 751929
CHARLOTTE NC 28275

INTERNATIONAL BUSINESS MACHINE
275 VIGER EAST
MONTREAL, QC H2X 3R7 CA

INTERNATIONAL REPROGRAPHIC
401 1 MICHIGAN AVE
CHICAGO IL 60611

INTERTAPE POLYMER GROUP
DEPT 72201
PO BOX 6700
DETROIT MI 48267-0722

IOWA DEPT OF REVENUE
PO BOX 10412
DES MOINES IA 50306-0412

J R NELSON
401 NORTH 3RD STREET
MINNEAPOLIS MN 55401

JAN PRO CLEANING SYSTEMS OF MN
1011 FIRST STREET SOUTH
STE 450
HOPKINS MN 55343

JEFFS SOS DRAIN AND SEWER
CLEANING
3500 217TH AVE NW
ANOKA MN 55303

JOHN THALACKER
15184 CRESTVIEW LANE
MINNETONKA MN 55345

JOHN THORN
8238 12TH AVE SOUTH
BLOOMINGTON MN 55425

JOHNSON HARDWARE
7936 PORTLAND AVE SO
BLOOMINGTON MN 55420

KATHY BRODERICK
16956 GERDINE PATH
ROSEMOUNT MN 55068

KATULA CREATIVE
11150 121ST STREET NORTH
STILLWATER MN 55082-9446

KEN MCCLANAHAN
633 S GRIGG ST
SAINT PAUL MN 55116

KESON
PO BOX 33648
TREASURY DEPARTMENT
CHICAGO IL 60694-3600

KROY LLC
PO BOX 92342
CLEVELAND OH 44193

LASER CONTROL
9201 E BLOOMINGTON FRWY
SUITE R
BLOOMINGTON MN 55420

LESLIE TAYLOR
PO BOX 1077
TITUSVILLE FL 32780-1077

LINCOLN NATIONAL LIFE
INSURANCE CO
PO BOX 0821
CAROL STREAM IL 60132-0821

LINDA J FERBER
1518 WELLINGTON WAY
EAGAN MN 55122

LITE SOURCE INC
14425 YORBA AVE
CHINO CA 91710

LITIN PAPER CO
3003 PACIFIC ST
MINNEAPOLIS MN 55411-1625

LOFFLER COMPANIES
1101 EAST 78TH ST, STE 200
BLOOMINGTON MN 55420

LOFFLER COMPANIES INC
PO BOX 790448
SAINT LOUIS MO 63179-0448

LOFFLER COMPANIES INC
1310 MADRID ST STE 101
MARSHALL MN 56258

MARK PEMBLE
7408 3RD AVE SO
MINNEAPOLIS MN 55423

MARSHALL SKOWRONEK
13520 HEATHER HILLS DRIVE
BURNSVILLE MN 55337

MASLON EDELMAN BORMAN &
BRAND
3300 WELLS FARGO CENTER
90 SOUTH SEVENTH ST
MINNEAPOLIS MN 55402-4140

MAYLINE COMPANY INC
DEPT 5236
MILWAUKEE WI 53201-3090

MEDICA
PO BOX 1450
MINNEAPOLIS MN 55485-7958

METROCALL
PO BOX 740521
ATLANTA GA 30374-0521

MICHLIN DIAZO PRODUCTS
314500 KENDALL AVE STE B
FRASER MI 48026

MICHLIN PRODUCTS
2229 JOHN B
WARREN MI 48091

MICRO CENTER
PO BOX 848
HILLIARD OH 43026

MILLER DAVIS OFFICE PRODUCTS
9439 PENN AVE S
BLOOMINGTON MN 55431

MILLER LAW OFFICES PA
320 E MAIN ST
ANOKA MN 55303

MINNEAPOLIS CONVENTION CENTER
1301 SECOND AVE S
MINNEAPOLIS MN 55403-2781

MINNESOTA CLERICAL CENTER
1380 ENERGY LANE #111W
SAINT PAUL MN 55108

MINNESOTA CONWAY
314 W 86TH ST
SUITE 101
BLOOMINGTON MN 55420

MINNESOTA ENERGY RESOURCES
CORP
PO BOX 659795
SAN ANTONIO TX 78265-9795

MINNESOTA MAILING SOLUTIONS
PO BOX 27965
GOLDEN VALLEY MN 55427-0965

MINNESOTA REVENUE A/R BILLS
MAIL STATION 1750
600 NORTH ROBERT ST
SAINT PAUL MN 55146-1750

MISC/CUSTOMER REFUND
9321 PENN AVE S
BLOOMINGTON MN 55431

MJK PROPERTIES
9112 ALTMAN COURT
INVER GROVE HEIGHTS MN 55077

MN DEPT OF REVENUE
MAIL STATION 6330
ST PAUL MN 55416-6330

MONICA CHRISTOPHER
8550 - 208TH ST W #2
LAKEVILLE MN 55044

MOTOR CITY IMAGING
20475 WOODINGHAM
DETROIT MI 48221

MURPHY WAREHOUSE CO
NW 5183
PO BOX 1450
MINNEAPOLIS MN 55483-5183

MUTUAL INDUSTRIES
LOCKBOX # 701247
PO BOX 13700
PHILADELPHIA PA 19191-1247

NATIONAL PRINTFAST
5717 W 80TH ST
INDIANAPOLIS IN 46278

NATIONAL-AZON
1148 ROCHESTER RD
TROY MI 48083-6014

NETWORK SOLUTIONS INC
PO BOX 17305
BALTIMORE MD 21297-0525

NEXTEL PARTNERS
PO BOX 4192
CAROL STREAM IL 60197-5188

NORTH DAK OFFICE-TAX
COMMISSIONER
SALES & SPECIAL TAXES DIVISION
600 E BLVD AVE DEPT 127
BISMARCK ND 58505-0599

OFFICE MAX
PO BOX 92735
CHICAGO IL 60675-2735

OLSON AND LUCAS PA
THOMAS OLSON
7401 METRO BLVD STE 575
MINNEAPOLIS MN 55439

OMNI OPTICAL PRODUCTS
17282 EASTMAN AVE
IRVINE CA 92614

ON TIME DELIVERY SERVICE
NW 5682
PO BOX 1450
MINNEAPOLIS MN 55485-5682

PACIFIC ARC
1020 AGNES RD
RICHMOND TX 77469

PAPER SOURCE INC
PO BOX 650500
DALLAS TX 75265

PARAMATRIC TECHNOLOGY CORP
US LOCKBOX
PO BOX 945722
ATLANTA GA 30394-5722

PARENTI & MARTINS
2908 W 71 1/2 ST
RICHFIELD MN 55423

PARTNER PLUS
5354 PAKRDALE DRIVE
SUITE 100
MINNEAPOLIS MN 55416

PC CONNECTION
PO BOX 4520
WOBURN MA 01888-4520

PECO SALES INC
PO BOX 8122
JACKSON MS 39284-8122

PEG BOARD SYSTEMS INC
6281 INDUSTRIAL DRIVE
EDEN PRAIRIE MN 55346

PERFECTION TYPE INC
1050 - 33RD AVE SE
SUITE 1000
MINNEAPOLIS MN 55414

PHILIP CHARLSON
1413 4TH AVE E
SHAKOPEE MN 55379

PHILLIPS 66 COMPANY
DES MOINES IA 50368-9061

PLP DIGITAL SYSTEMS
2300 CLARENDON BLVD STE 711
ARLINGTON VA 22201

POPP TELECOM
PO BOX 27110
GOLDEN VALLEY MN 55427

POSTMASTER
MPLS MBEU ATTN WINDOW D-12
3501 BROADWAY ST NE
MINNEAPOLIS MN 55413-9651

PRINTER MAINTENANCE CO
15395 - 31ST AVE N #4
PLYMOUTH MN 55447

PRINTERS SERVICE INC
50 NORTH 31ST AVE
MINNEAPOLIS MN 55411

PRIORITY COURIER EXPERTS
PO BOX 10528
WHITE BEAR LAKE MN 55110

PROFESSIONAL OFFICE SERVICES INC
PO BOX 450
WATERLOO IA 50704-0450

QUALITY FORKLIFT SALES
587 CITATION DRIVE
SHAKOPEE MN 55379

QUALITY REFRIGERATION INC
6237 PENN AVE S
RICHFIELD MN 55423

QWEST
PO BOX 173821
DENVER CO 80217-3821

RAYVEN
431 N GRIGGS ST
SAINT PAUL MN 55104

REGINALD SELLICK
7817 ASTER
BROOKLYN PARK MN 55428

REPROMAX
15450 S OUTER 40 STE 115
CHESTERFIELD MO 63017-6027

RESOLUTION GRAPHICS INC
3725 DUNLAP ST N
ARDEN HILLS MN 55112

ROBERT FAHS
7421 LYNDALE AVE SO #51
RICHFIELD MN 55423

ROCHESTER PUBLIC UTILITIES
4000 EAST RIVER RD NE
ROCHESTER MN 55906-2813

ROLATAPE CORPORATION
2701 NORTH VAN MARTER DRIVE
SPOKANE WA 99206

ROSACKERS
2315 18TH AVE NE
MINNEAPOLIS MN 55414

ROTOLITE
7581 W 103RD AVE
WESTMINSTER CO 80021

ROUSE MECHANICAL INC
7320 OXFORD ST
ST LOUIS PARK MN 55426

RYAN REKOWSKI
12900 PENN AVE S
APT 270
BURNSVILLE MN 55337

S&O CORPORATION
PO BOX 167
GALLAWAY AL 35036

SAFCO PRODUCTS
SDS 12-0752
PO BOX 86
MINNEAPOLIS MN 55486-0752

SAFELITE GLASS CORP
PO BOX 633197
CINCINNATI OH 45263-3197

SCHONSTEDT INSTRUMENT CO
100 EDMOND RD
KEARNEYSVILLE WV 25430

SECO
PO BOX 3592
REDDING CA 96049

SERVICE WHOLESALE INC
2825 HENKLE DRIVE
CINCINNATI OH 45036

SEVERSON SHELDON DOUGHERTY M
7300 WEST 147TH ST
SUITE 600
APPLE VALLEY MN 55124

SFM
PO BOX 583178
MINNEAPOLIS MN 55458-3178

SHAKOPEE MIDEWAKANTON
SIOUX COMMUNITY
2680 154TH ST NW
PRIOR LAKE MN 55372

SHIPPERS SUPPLY INC
401 - 11TH AVE S
HOPKINS MN 55343

SIMMA FLOTTEMESCH &
ORENTSTEIN
2200 FOSHAY TOWER
821 MARQUETTE AVE
MINNEAPOLIS MN 55402

SMI CARR INC
PO BOX 3436
ABILENE TX 79604

SMITH SYSTEMS MFG
TX01226
PO BOX 830948
BIRMINGHAM AL 35283-0948

SOKKIA CORPORATION
PO BOX 411842
KANSAS CITY MO 64141

SOUTH DAKOTA DEPT OF REVENUE
PO BOX 5055
REMITTANCE CENTER
SIOUX FALLS SD 57117-5055

SPEE DEE DELIVERY SERVICE
PO BOX 1417
SAINT CLOUD MN 56302-1417

SPEEDWAY SUPERAMERICA INC
PO BOX 740587
CINCINNATI OH 45274-0587

SPIRAL BINDING CO
835 BONNIE LANE
ELK GROVE VILLAGE IL 60007

SPIROLL INTERNATIONAL CORP
50 ROBERTS DR
NORTH ADAMS MA 01247-0206

SPRINT
PO BOX 4181
CAROL STREAM IL 60197-4181

STAEDTLER
DEPT 0244
LOS ANGELES CA 90084-0244

STANLEY URBANSKI
1092 COOK AVE E
SAINT PAUL MN 55106

STAR TRIBUNE
PO BOX 1285
MINNEAPOLIS MN 55440-1285

STEPHEN HURST
1579B CLEMSON DRIVE
EAGAN MN 55122

STERLING DISK
15264 HERRIMAN BLVD
NOBLESVILLE IN 46060

STRICKLERS MACHINERY SERVICE
2541 GRAND ST NE
MINNEAPOLIS MN 55418

SUNDANTZ CREATIONS
15225 CARROUSEL WAY #3
ROSEMOUNT MN 55068

SUPERIOR SEALCOAT SERVICE INC
2800 W 55TH ST
MINNEAPOLIS MN 55410-2426

SYNEXX CORPORATION
39 PELHAM RIDGE DR
GREENVILLE SC 29615

SYNNEX
5845 COLLECTIONS CENTER DR
CHICAGO IL 60693

T MOBILE
PO BOX 790047
SAINT LOUIS MO 63179-0047

TDS METROCOM
30925 2ND STREET
PO BOX 1327
MONROE WI 53566-1327

TECH DATA CORPORATION
PO BOX 93836
CHICAGO IL 60673-3836

TECHNICAL IMAGE PRODUCTS
PO BOX 605
ELK GROVE VILLAGE IL 60007-0605

TECHNICAL REPRODUCTIONS
2101M BROADWAY
MINNEAPOLIS MN 55413

THOROUGHBREAD SOFTWARE INTL
285 DAVIDSON AVENUE
SOMERSET NJ 08873

TIM HAHN
7173 LAKEVIEW DRIVE
CIRCLE PINES MN 55014

TIM MCDERMOTT
  YOUR CLIENT CEI INC
SEVERSON SHELDON DOUGHERTY
MOLENDA PA
7300 W 147TH ST STE 600
APPLE VALLEY MN 55124

TOTALFUNDS BY HASLER
PO BOX 31021
TAMPA FL 33631-3021

TRACY K ALBINSON
5 TIMBERGLADE ROAD
BLOOMINGTON MN 55437

TRANS ALARM INC
500 E TRAVELERS TRL STE 600
BURNSVILLE, MN 55337

TRENDEX
240 E MARYLAND AV
SAINT PAUL MN 55117-4618

U S F HOLLAND
DRAWYER #5833
PO BOX 79001
DETROIT MI 48279-5833

ULINE
2200 S LAKESIDE DR
WAUKEGAN IL 60085

ULRICH PLANFILES
2120 4TH AVE BOX 135
LAKEWOOD NY 14750

UNITED PARCEL SERVICE
LOCKBOX 577
CAROL STREAM IL 60132-0577

UPTIME SERVICE
4833 BRADFORD STREET
MAPLE PLAIN MN 55359

US BANK WORLDPERKS VISA
US BANK
PO BOX 790408
SAINT LOUIS MO 63179-0408

USPS HASLER
PO BOX 0527
CAROL STREAM IL 60132-0527

VDPC VEMCO
PO BOX 549
SAN DIMAS CA 91773-0549

VERNON JOHNSON
240 NORTH HIGH DRIVE
HUTCHINSON MN 55350

VERNON POLZIN
2100 VALKYRIE DR NW
ROCHESTER MN 55901

VIKING BUSINESS INTERIORS INC
7513 W 27TH ST
MINNEAPOLIS MN 55426

WASTE MANAGEMENT
PO BOX 9001054
LOUISVILLE KY 40290-1054

WATER SYSTEMS CO
PO BOX 1193
WINONA MN 55987-7193

WEBER ELECTRIC
577 SHOREVIEW PARK RD
SHOREVIEW MN 55126

WILDCAT GRAPHICS
PO BOX 270614
VADNAIS HEIGHTS MN 55127

WILLIAM TURNER
14705 DORY COURT
APPLE VALLEY MN 55124

WISCONSIN DEPT OF REV
2135 RIMROCK ROAD
MADISON WI 53713

WISCONSIN DEPT OF REV
PO BOX 930208
SAKES USE TAX RETURN
MILWAUKEE WI 53293-0208

XCEL ENERGY
PO BOX 9477
MINNEAPOLIS MN 55484-9477

XEROX CORPORATION
PNC BANK
PO BOX 827598
PHILADELPHIA PA 19182-7598

XPEDX
PO BOX 18452
CHICAGO IL 60618-0453

XYRON INC
15820 NORTH 84TH
SCOTTSDALE AZ 85260

394828

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                          BKY No. 09-40058

Imagetech Services Corporation,                                 Chapter 7 Bankruptcy

              Debtor.

_____

### ORDER AUTHORIZING EXPEDITED SALE OF ASSETS OF
### DEBTOR FREE AND CLEAR OF INTERESTS

The above matter came before the Court on the Motion of Dwight R.J. Lindquist, Trustee

("**Trustee**") seeking an order authorizing sale of assets free and clear of interests.

Based upon all the files, records and proceedings herein, and the court being fully advised in

the premises,

**IT IS HEREBY ORDERED**:

1.        The Notice of the sale motion and of the hearing was sufficient under the

circumstances.

2.        The Trustee is entitled to expedited relief.

3.        The Trustee is authorized to sell the "Property" as defined in the Verified Notice of

Hearing and Motion by way of auction with the exception that the Trustee is not approved to sell the

Debtor's cash, bank or investment account balances, accounts receivable, claims, security deposits or

prepaid expenses.

4.        The assets authorized to be sold specifically include all of Debtor's assets, whether

scheduled in Debtor's Schedule B and its attachments or otherwise owned by the Debtor.

5.        The Property sold shall be free and clear of any interest in such property pursuant to

11 U.S.C. §363(a), (b) and (f) with such interests, if any, attaching to the proceeds of sale with the

same priority, dignity and effect as such interests existed pre-petition.

6.      The proceeds, after necessary closing adjustments, as provided in the Trustee's Notice of Hearing and Motion, shall be deposited in the Trustee's account and held subject to further order of the Court.

7.      The Trustee is authorized to pay the costs of sale, as set forth in the motion, including the auctioneer fees, from the proceeds of such sale.

8.      The Purchaser will have acted in good faith within the meaning of 11 U.S.C. §363(m).

9.      Notwithstanding Fed. R. Bankr. P. 6004(g), this Order is effective immediately.

**BY THE COURT:**

Dated: _____

_____
Nancy C. Dreher
Chief U.S. Bankruptcy Court Judge

394824

2