UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: BKY No. 09-40058

Imagetech Services Corporation, Chapter 7 Bankruptcy

Debtor.

### ORDER AUTHORIZING EXPEDITED SALE OF ASSETS OF DEBTOR FREE AND CLEAR OF INTERESTS

The above matter came before the Court on the Motion of Dwight R.J. Lindquist, Trustee ("**Trustee**") seeking an order authorizing sale of assets free and clear of interests.

Based upon all the files, records and proceedings herein, and the court being fully advised in the premises,

**IT IS HEREBY ORDERED**:

1. The Notice of the sale motion and of the hearing was sufficient under the circumstances.

2. The Trustee is entitled to expedited relief.

3. The Trustee is authorized to sell the "Property" as defined in the Verified Notice of Hearing and Motion by way of auction with the exception that the Trustee is not approved to sell the Debtor's cash, bank or investment account balances, accounts receivable, claims, security deposits or prepaid expenses.

4. The assets authorized to be sold specifically include all of Debtor's assets, whether scheduled in Debtor's Schedule B and its attachments or otherwise owned by the Debtor.

5. The Property sold shall be free and clear of any interest in such property pursuant to 11 U.S.C. §363(a), (b) and (f) with such interests, if any, attaching to the proceeds of sale with the

same priority, dignity and effect as such interests existed pre-petition.

6. The proceeds, after necessary closing adjustments, as provided in the Trustee's Notice of Hearing and Motion, shall be deposited in the Trustee's account and held subject to further order of the Court.

7. The Trustee is authorized to pay the costs of sale, as set forth in the motion, including the auctioneer fees, from the proceeds of such sale.

8. The Purchaser will have acted in good faith within the meaning of 11 U.S.C. §363(m).

9. Notwithstanding Fed. R. Bankr. P. 6004(g), this Order is effective immediately.

**BY THE COURT:**

Dated:   February 6, 2009

/e/ Nancy C. Dreher

Nancy C. Dreher
Chief U.S. Bankruptcy Court Judge

394824

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/06/2009*
Lori Vosejpka, Clerk, By KK, Deputy Clerk